B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Keith L Aschliman<br>14707 Five Points Rd<br>Perrysburg, OH 43551 | **DEFENDANTS** ID Images Holdings LLC<br>c/o Brian D Gale<br>2991 Interstate Pkwy<br>Brunswick, OH 44212 |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Raymond L Beebe 0027096<br>1107 Adams St., Toledo, OH 43604<br>Tel: 419-244-8500 Fax: 419-244-8538 | **ATTORNEYS** (If Known) (Statutory Agent) |
| **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Violation of 11 USC Section 362 and 524

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☒ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 20,000.00 |

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Keith L Aschliman | BANKRUPTCY CASE NO.<br>07-34605 | | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Ohio | DIVISION OFFICE<br>Western | NAME OF JUDGE<br>Mary Ann Whipple | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE<br>2-26-08 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>/s/ Raymond L Beebe 0027096 | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Keith L Aschliman, | ) | Adversary No. _____ |
| Debtor. | ) | Related No. 07-34605 |
| _____ | ) | Judge Mary Ann Whipple |
| Keith L Aschliman | ) | **COMPLAINT FOR VIOLATION** |
| 14707 Five Points Rd. | | **OF 11 USC § 362 AND 524** |
| Perrysburg, OH 43551 | ) | |
| | | Raymond L. Beebe |
| Plaintiff, | ) | |
| -v- | | Raymond L. Beebe Co., LPA |
| | ) | 1107 Adams St. |
| ID Images Holdings, LLC | | Toledo, OH 43604 |
| c/o Brian D Gale | ) | Ph: (419) 244-8500 |
| 2991 Interstate Pkwy | | Fax: (419) 244-8538 |
| Brunswick, OH 44212 | ) | Attorney for Defendant |
| (Statutory Agent) | | |
| | ) | |
| Defendant. | | |

********************************************

Now comes the Debtor, Keith L Aschliman, by and through counsel, Raymond L. Beebe and for his Complaint states as follows:

1. This adversary proceeding is subject to this Court's Core jurisdiction under 28 USC § 157(b)(2)(1) relating to a currently pending bankruptcy case as identified above.

2. Plaintiff is the Debtor in the within Chapter 7 proceeding.

3. Defendant is a named Creditor in the within Chapter 7 proceeding

4. That at all times relative hereto, Defendant had actual knowledge and Notice of the pending Chapter proceeding.

5. That Defendant caused to be filed in the Wood County Common Pleas Court, Case No. 2007-CV-1071 an action for damages arising out of the pre-petition purchase transaction giving rise to the Defendant's status as a Creditor in the instant Chapter 7 proceeding.

6. That Defendant, despite knowledge of the filing and discharge of the Plaintiff initiated and continued its action with the Debtors as a Party Defendant.

7. That the actions of the Defendant are an intentional and willful violation of the Stay provided under 11 USC § 362 and the injunction afforded the discharged Debtor under 11 USC § 524.

8. That as a result of Defendant's actions, Plaintiff has suffered damages including but not limited to attorney fees and costs.

**WHEREFORE**, the plaintiff prays that this Court grant relief as follows:

a) That Defendant, be directed to dismiss the Debtor as a party in the State Court action and be enjoined from further action against the Debtor, and
b) Compensatory damages including reasonable costs and attorney fees in the amount of $5000.00, and
c) Punitive damages in the amount of $15,000.00, and
d) Such other relief as this Court may deem equitable and just.

Respectfully submitted,

/s/ Raymond L Beebe
Raymond L. Beebe 0027096

2